# **AFFIDAVIT**

I, Joshua Moore, the undersigned affiant, am a Deputy United States Marshal for the District of North Dakota, and have been employed by the United States Marshals Service since August 2022. One of my primary duties includes fugitive apprehension.

Jake Colt Martell was sentenced to 77 months of imprisonment for Conspiracy to Distribute a Controlled Substance – Methamphetamine, in District of North Dakota case number 1:19-CR-00047-DLH-4. The date of imposition of judgment was September 8, 2020, signed by District Judge Daniel L. Hovland. Jake Colt Martell was transferred to Lake Region Residential Reentry Center (RRC), Devils Lake, ND on November 21, 2023, with a projected release date from the Bureau of Prisons (BOP) of May 18, 2024, with three years of supervised release to follow. Lake Region RRC is under contract with the BOP. BOP contracts with residential reentry centers, also known as halfway houses, to assist inmates nearing release.

On the morning of February 13, 2024, your affiant learned from the BOP that Jake Colt Martell escaped from his placement at Lake Region RRC that morning. At approximately 0830 hours, Lake Region RRC staff were unable to account for inmate Jake Colt Martell during a facility check. Staff reviewed the camera system, and it showed Martell walking out the front door of the Lake Region RRC at 0657 hours without staff authorization. Martell's current whereabouts are unknown.

Based upon the information provided, your affiant believes that probable cause exists that Jake Colt Martell has committed the offense of Escape, in violation of Title 18, United States Code, Section 751(a). Your affiant further requests that a criminal complaint and warrant be issued for the arrest of Jake Colt Martell.

The foregoing is true and correct to the best of my knowledge and belief.

_____
Joshua Moore
Deputy United States Marshal

Sworn to before me by reliable electronic means, this 13th day of February, 2024.

_____
Alice R. Senechal
United States Magistrate Judge

2